# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE ELIZABETH WASSON<br><br>　　　　Plaintiff,<br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:22-cv-00484-NJK<br>**ORDER GRANTING**<br>STIPULATION TO EXTEND TIME<br>TO FILE MOTION FOR REMAND<br><br>(FIRST REQUEST) |

Plaintiff Nicole Elizabeth Wasson and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 14 days from June 22, 2022

-1-

to July 6, 2022 for Plaintiff to file a Motion for Remand, with all other dates in the Court's Order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.  Counsel came down with an illness this week and needs additional time to prepare the briefing in this case.

DATE: June 24, 2022          Respectfully submitted,

                                  LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                             /s/ *Cyrus Safa*
                    BY: _____
                        Cyrus Safa
                        Attorney for plaintiff Nicole Elizabeth Wasson

DATE:  June 24, 2022

                             Jason M. Frierson
                             *Acting United States Attorney*

                             /s/ *Michonne L. Omo*
                    BY:_____
                        Michonne L. Omo
                        Special Assistant United States Attorney
                        Attorneys for defendant Kilolo Kijakazi,
                        Acting Commissioner of Social Security
                        |*authorized by e-mail|

DATED:  June 28, 2022

IT IS SO ORDERED:          _____
                                  UNITED STATES MAGISTRATE JUDGE